| | | |
|---|---|---|
| People v Arroyo | App Div, 1st Dept: 2016 NY Slip Op 62558(U) (NY) | denied reconsideration 9/21/16 (DiFiore, Ch. J.) |
| People v Avelino | 2d Dept: 141 AD3d 601 (Kings) | denied 9/26/16 (Fahey, J.) |
| People v Barnes | 1st Dept: 140 AD3d 443 (Bronx) | denied 9/26/16 (Pigott, J.) |
| People v Bibeau | 3d Dept: 140 AD3d 1530 (Clinton) | denied 9/30/16 (Abdus-Salaam, J.) |
| People v Blunt | 1st Dept: 140 AD3d 669 (NY) | denied 9/8/16 (Stein, J.) |
| People v Bowen | App Div, 4th Dept, 5/19/16 (Monroe) | dismissed 9/26/16 (Pigott, J.) |
| People v Boyd | 4th Dept: 141 AD3d 1110 (Monroe) | denied 9/12/16 (DiFiore, Ch. J.) |
| People v Boykin | App Div, 2d Dept: 2016 NY Slip Op 76773(U) (Orange) | dismissed 9/29/16 (Fahey, J.) |
| People v Brown (David) | 4th Dept: 140 AD3d 1682 (Onondaga) | denied 9/30/16 (Abdus-Salaam, J.) (Appeal No. 1) |
| People v Brown (David) | 4th Dept: 140 AD3d 1683 (Onondaga) | denied 9/30/16 (Abdus-Salaam, J.) (Appeal No. 2) |
| People v Bunce | 2d Dept: 141 AD3d 536 (Suffolk) | denied 9/30/16 (Abdus-Salaam, J.) |
| People v Busano | 2d Dept: 141 AD3d 538 (Kings) | denied 9/29/16 (Stein, J.) |
| People v Bush | App Div, 2d Dept: 2016 NY Slip Op 64348(U) (Kings) | denied reconsideration 9/26/16 (Fahey, J.) |
| People v Butler | 4th Dept: 140 AD3d 1610 (Monroe) | denied 9/7/16 (DiFiore, Ch. J.) |
| People v Carmel | 4th Dept: 138 AD3d 1448 (Monroe) | denied 9/13/16 (Garcia, J.) |
| People v Carter | 3d Dept: 140 AD3d 1394 (St. Lawrence) | denied 9/26/16 (Pigott, J.) |
| People v Castano | App Term, 1st Dept: 48 Misc 3d 127(A) (Bronx) | denied 9/2/16 (Fahey, J.) |
| People v Cehfus | 4th Dept: 140 AD3d 1644 (Onondaga) | denied* 9/1/16 (DiFiore, Ch. J.) |
| People v Cerroni | 4th Dept: 141 AD3d 1114 (Monroe) | denied 9/20/16 (Garcia, J.) |

* Denied, with leave to renew within 30 days after the Court of Appeals renders a decision in *People v Prindle* (129 AD3d 1506 [4th Dept 2015], *lv granted* 26 NY3d 1091 [2015]), *People v Wright* (134 AD3d 1059 [2d Dept 2015], *lv granted* 27 NY3d 1009 [2016]), and *People v Garvin* (130 AD3d 644 [2d Dept 2015], *lv granted* 26 NY3d 1094 [2015]).